OPINION — AG — ** OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM — FEDERAL LAW ** THE PROVISIONS OF 74 O.S. 911 [74-911](2) (AGE REQUIREMENTS OF RETIREMENT), WHICH PRECLUDE PARTICIPANTS IN THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM BY EMPLOYEES WHO ARE 59 YEARS OF AGE OR OLDER AT THE DATE OF THEIR INITIAL EMPLOYMENT WITH THE STATE, ARE NOT IN VIOLATION OF THE FEDERAL AGE DISCRIMINATION IN EMPLOYMENT ACT, 29 U.S.C.A. 6210624, AS THE ACT HAS BEEN INTERPRETED BY FEDERAL AGENCIES RESPONSIBLE FOR ITS ENFORCEMENT. (STATE OFFICERS, PENSION AND RETIREMENT, PARTICIPATION EXCLUSION) CITE: 74 O.S. 911 [74-911](2), 74 O.S. 915 [74-915](A), 74 O.S. 902 [74-902](24), 74 O.S. 917 [74-917], 29 U.S.C.A. 623(F), 29 O.S. 626 [29-626],29 U.S.C.A. 628, 29 O.S. 1002 [29-1002],29 U.S.C.A. 1003, 29 U.S.C.A. 1003(B) (JOHN F. COOPER)